UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7/21/21_____

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                          Plaintiff,

           -against-

DAMON GUDALUPE,

                       Defendant.

-------------------------------------------------------------------- x

**21-CR-447 (ALC)**

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The sentencing set for September 9, 2021 is adjourned to **October 26, 2021** at **3:30 p.m.**

**SO ORDERED.**

Dated:      New York, New York
            July 21, 2021

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**